

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-27-1996

# In Re Continental Airlines

Precedential or Non-Precedential:

Docket 94-7748

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation

"In Re Continental Airlines" (1996). *1996 Decisions.* Paper 229.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/229

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 94-7748

_____

IN RE CONTINENTAL AIRLINES:

NATIONSBANK OF TENNESSEE, N.A., f/k/a NationsBank

of Tennessee, as Collateral Trustee under a

Secured Equipment Indenture and Lease Agreement

dated March 15, 1987 ("NationsBank");

NEW JERSEY NATIONAL BANK, as successor by merger

to Constellation Bank, N.A., f/k/a National

State Bank of Elizabeth, N.J.; HARRIS TRUST

AND SAVINGS BANK; and BOATMAN'S FIRST NATIONAL

BANK OF OKLAHOMA, as First, Second and Third

Priority Secured Equipment Certificates Trustees

thereunder, respectively (the "Series Trustees"
and,

collectively with NationsBank, the "Trustees"),

Appellants

_____

Present:    SLOVITER, Chief Judge , BECKER, MANSMANN, GREENBERG,

SCIRICA, COWEN, NYGAARD, ALITO, LEWIS, McKEE and

SAROKIN, and SEITZ*, Circuit Judges

O R D E R

A majority of the active judges having voted for rehearing in banc in the
above appeal, it is

O R D E R E D that the Clerk of this Court vacate the panel's opinion and
judgment dated February 7, 1996, and
list the above case for rehearing in banc on May 14, 1996.

By the Court,

/s/ Dolores K. Sloviter

_____

Chief Judge

Dated: March 27, 1996

_____

* as to panel rehearing only.